UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

Motion GRANTED

| | | |
|---|---|---|
| DAVID LEE WEBSTER | ) | |
|     Defendant-Petitioner | ) | |
| | ) | NO. 1:10-0002 |
| | ) | |
| v. | ) | JUDGE TRAUGER |
| | ) | |
| UNITED STATES OF AMERICA | ) | **FILED UNDER SEAL** |
|     Plaintiff-Respondent | | |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through Darryl A. Stewart, Assistant United States Attorney for the Middle District of Tennessee, moves to file the attached document under seal.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney


 /s/Darryl A. Stewart
DARRYL A. STEWART
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615/736-5151