IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAVID LEE WEBSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:10-0002 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence filed by the *pro se* Petitioner David Lee Webster (Docket No. 1) is **DENIED** and this case is **DISMISSED** with no certificate of appealability to issue.

It is so ordered.

Enter this  8th  day of April 2010.

ALETA A. TRAUGER
United States District Judge